## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-6475** |
| | : | |
| **NICOLE G. FREEMAN** | : | |

### ORDER

    **AND NOW**, this 22nd day of February 2017, upon consideration of Plaintiff's Motion to extend time to make service (ECF Doc. No. 2), it is **ORDERED** the Plaintiff's Motion (ECF Doc. No. 2) is **DENIED without prejudice** as Plaintiff presently has until **March 15, 2017** to effect personal service upon the Defendant.

 

                                               _____

                                       **KEARNEY, J.**