# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>NICOLE G. FREEMAN; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-06475<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served NICOLE G. FREEMAN the above process on the 25 day of February, 2017, at 8:58 o'clock, PM, at 6702 Marshall Rd Upper Darby, PA 19082 4307, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: BILL (REFUSED LAST NAME)
Relationship/Title/Position: CO-RESIDENT
Remarks: _____
Description: Approximate Age 41-45   Height 6'1   Weight 260   Race BLACK   Sex MALE   Hair BLACK
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__   )
                                                   ) SS:
County of __Berks__                      )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckier__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __27__ day of __Feb__, 20__17__.

_____
Notary Public

File Number: USA-160066
Case ID #: 4817783

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017